The Honorable David L. Bunning

United States Chief Judge

35 West 5th Street

Covington, Ky, 41011

Dear Judge Bunning,

I write to you today with a heart heavy with remorse and a deep understanding of the consequences of my actions. I recognize that I have failed not only the law but also the people who placed their trust in me, my family, my community, and even myself. I do not seek to excuse my behavior, only to take full responsibility for the choices I made and the harm they have caused.

Your Honor, when you took your oath as a federal judge, you swore to "administer justice without respect to persons, and do equal right to the poor and to the rich." I have reflected deeply on those words, understanding that justice is not only about punishment but also about fairness, accountability, and the opportunity for redemption. I stand before you not as a man making excuses, but as one who wishes to change, to make amends, and to prove through my actions that I can be better than the mistakes that have led me here.

Since my incarceration, I have had time to confront the selfishness that guided my decisions. I have come to understand the pain I have caused those who love me, and I deeply regret the fear, disappointment, and hardship I have inflicted upon them. My husband, whom I have been with for twenty-eight years, my family, and the people who care about me deserved better, and I am determined to be a man they can once again be proud of.

I know that justice must be served, and I do not ask to be spared from accountability. However, I do ask for the opportunity to prove that I am capable of true rehabilitation. If given the chance, I am committed to using my time in confinement productively to educate myself, to seek counseling, and to contribute in whatever ways I can to those around me. I want to leave this chapter of my life having learned from it, rather than being defined by it.

I respectfully ask for whatever leniency you deem appropriate, not out of a desire to escape punishment, but out of a sincere hope that I may still build a meaningful future. No matter what sentence I receive, I will work every day to atone for my mistakes and to live up to the second chance that I pray I will one day have.

Thank you for taking the time to consider my words. Regardless of the outcome, I am grateful for the opportunity to express my remorse and my commitment to change.

Sincerely,

Robby Werner

Dear Judge Bunning,

Robert Werner is my son so in writing this I will be brief as you've seen this before.

Rob has been very good to me his family grandparents cousins aunts. I know you deal with the worst of humanity.

He is not. He has told me everything. All I ask is look at his life and judge him fairly. I believe extended prison will not help.

Thank you for reading this.


Ben Werner

February 10, 2025

To whom it may concern:

I am writing this letter in reference to Robert Maxwell Werner's sentencing. I have to admit, I've thought long and hard about whether or not to write this letter. As I contemplated this, one thing became very clear to me, Rob would be there for me without question because that's who he is. The Rob I know is a kind, caring and companionate person, the kind of person that goes out his way to help others in need. I have known Rob for more than 20 years as a colleague and a friend.

Rob's employment showed a successful track record of getting results and exceeding goals. He has been a standout among his peers, and climbed the corporate ladder quickly, moving from an Operations Manager to a Managing Director within 5 years. It was no surprise when he was awarded the Chairman's Leadership Award (the highest level of recognition for a manager). Rob has always been well liked and respected by employees at all levels.

In 2011, when the Sunami hit Japan, Rob led an effort to have employees and friends help make 1,000 cranes, which in Japanese culture symbolizes hope, healing and good fortune. He took the time to show my young kids how to fold the origami cranes so they could help too. When my father passed away, he left behind his beloved dog and I was not in a position to care for another pet. Rob adopted Skippy and gave him the best home he could have had. When relocating to Manilla, Skippy was part of the negotiation, ensuring he was able to obtain all medical clearances to transition him to his new home quickly. That's the kind of person Rob is.

Rob is not without issue. He has struggled with depression throughout the time I have known him. Rob's concern for others has caused him to naturally take on the burdens of others in an effort to lighten the load for them. At times this has caused undo strain on Rob's personal well-being, something he works hard to keep in check. I cannot explain what caused Rob to reach the depths he has reached, but I can confidently say it is not presentative of him as a whole and is not likely to occur again. I believe Rob needs help addressing his depression and addiction more than incarceration, as I know Rob is holding himself more accountable for this situation than any amount of jail time ever can.  For this reason, I am asking for leniency with his sentencing.

I appreciate your time and consideration.

Sincerely,

Tracy Flansburg
10542 West Vega Court
Star, Idaho 83669
(208) 850-1547

Terra Knighten
1341 Poplar Ave
Fruitland, ID 83619
208-739-2801
knigterr@gmail.com
Case of Robert Maxwell Werner


Dear Honorable Judge Bunning,

     I walk down the hallway as a child, wearing stretchy pants and a weird tye-dye shirt with a dolphin on the front. The atrocious style, even for a 90's child, is at least partially balanced out with a neat braid that my brother taught himself to do for us. I don't know many other teenage boys who would willingly give their little sister's hair the time of day, but even as a kid himself, my brother could always be counted on to do the little things for others without being asked. I came into this world as the baby sister of my three siblings. I am now a 32 year old registered nurse working in an emergency department. I thrived in school, attended the same college that my brother attended, and had great family role models surrounding me my entire life, him included. I consider myself one of the lucky ones growing up, having a stable family dynamic and an environment that was safe and supportive. I now have a husband and four sweet children who adore their uncle. I never fathomed this could ever happen, but at this time, he has pleaded guilty to, and is accepting accountability for, criminal charges. Being close for over three decades now, I know his character well. While this may be lengthy, I hope you know it is because I am more than eager to try and tell you about him through my eyes.

     Robert Werner, or Robby to most, has always been a gentle and driven human with a kind soul and fierce love for the beautiful things in life. Along with always looking out for his three younger sisters in our household, he'd draw amazing sketches of nature, work hard intellectually, and engage in jobs and extracurriculars in high school, growing up to be a successful corporate employee, a marathon runner, and the best brother and uncle to me and my family. He is always busy but never too busy to lend an ear, take up a tennis racket, find a good Pad Thai restaurant, or take anyone to Barnes and Noble and Starbucks to escape in a good book. He has many lifelong friends here in Idaho and fosters those relationships. Robby has been a leader and protector since I was a child. Even though my home life was always safe, that had not always been the case for my mother. A story I think of often, with him just a teen, is that he threw my mother inside the house as her abusive ex -husband came to attempt to end her life. Robby was hospitalized that day, taking the beating meant for our mom. No hesitation, no glory, no promise of survival himself. He has always been this way, putting others before himself. A sturdy confidant for anyone struggling. He's the first to ask if my mental health is okay. A caring check in to see if I need any money. An offering to help support me and my four children when my marriage hit a rough patch. Personally, I see his main love language as giving, and he is constantly doing so. I am not in need of his money, and my family members do not need his Venmo money each and every birthday and holiday, but generosity is one of the main attributes that define Robby and one of the ways he feels connected and helpful. I believe

he derives a lot of his self worth from what he can provide for others, but he also has a deep sense of caring and wanting to see others succeed. He has strived to be successful in his career, and I can't remember a time when he hasn't used his compensation and opportunities to help those surrounding him. As an adult, I made a friend, who after some time, realized that she knew my brother. He had been her first boss when she worked at CitiBank call center. She told me he was the boss everyone wanted to have, because instead of hovering or scolding employees for not performing well like the other managers did, Robby would sometimes go to Taco Bell, buy 100 tacos, and pass them out as incentives to do well during their shifts. I laugh at this anecdote, but it is one hundred percent my brother, helping others be successful in an encouraging and creative way. Along with this, he remains a strong advocate against bullying. He created inspirational online content when he went from being 300lb+ to becoming an international marathon runner. During his initial steps of his major health transformation, someone had yelled out their car window, "Run, fat boy! Run!" He was deeply embarrassed and ashamed, but he kept going on his journey and wanted others to know that they are not alone. That bullies like that person are hurtful but can't stop you from achieving your goals and don't define you as a person. I could add so much to this, but these are some of the things I hope you will find helpful when trying to form your thoughts regarding Robby.

    Robby has had some dark times, and has struggled silently without sharing many of those burdens. It breaks my heart to know he went through so much without wanting to share his heartaches with those he loves. He is selfless like that though, at times to a fault, always trying to protect everyone else even if he suffers. This court situation honestly has still not sunk in for me, but as I write these words, I am left with a tear stained face and a heart that knows there's about to be a hole in it where an upstanding person and light in this world used to be. I respect whatever the final outcome will be, but I ask that you take this letter and his character into consideration for that decision. I know even as he serves his sentence, he will remain the person I know him to be, and I will completely welcome him back with the rest of his friends and family when it is done.

    I thank you so much for reading this letter. Please reach out if you would like any clarification or confirmation of the words I've written. I appreciate your time and dedication to upholding the law and doing your due diligence in making sure there is a fair sentence for the crimes committed in our country.


Sincerely,
Terra Knighten

September 17, 2024

Kendra Knighten
210 W Bannock, Unit 6
Boise, ID 83702
kendraknighten@gmail.com

Honorable Judge Bunning,

My name is Kendra Knighten, and I am Robert Werner's thirty-three year old sister. Although Robby and I do not share the same father, I have never considered him as anything less than my full sibling. I am writing to you today to share with you an image of the brother I grew up with and love dearly, and I respectfully ask that these qualities be taken into account when making your decision regarding his sentencing.

There are few people I looked up to or depended on more than Robby throughout my formative years. Robby was already 13 years old when I was born, and the two of us quickly became inseparable. My brother took on the role as a second father to me, and I looked up to him as my hero and mentor. I admired his intelligence, his patience, and the kindness he showed to everyone he encountered. He shared his love of books, music, tennis, and travel with me and always encouraged me to be my most authentic self without reservation or shame. He convinced me that I could be anything I wanted to be and taught me to be confident, strong, and how to lead with kindness and compassion. I credit much of who I am today to my brother's guidance.

Despite the love, joy, and support I've experienced from having Robby as my brother, I cannot deny that he has faced significant challenges. My heart broke for him when he left the college of his dreams after struggling to fit in with the wealthier students shortly after our family lost our home in a flood. I witnessed the ways his mistreatment at work affected his happiness and confidence time and time again, despite the fact that he was a strong and well-liked leader to his team. I saw him fist bump his husband at their wedding ceremony because his biological father told him he would only attend if he didn't have to watch his son and new son-in-law kiss on their special day. The realities of my brother's life were often difficult, and I watched him consistently and resiliently face these obstacles with grace, love, and selflessness.

Thank you for your time and willingness to learn more about my brother. I am grateful for the opportunity to share a different side of him than you may have seen from the court documentation, and I am happy to answer any questions you may have.

Respectfully,

Kendra Knighten

Dear Honorable Judge Bunning:

My name is Brandon Shearer. My wife, and 2 children live in Kuna, Idaho and have known Robert "Robby" Werner since 1999 when we started working together at Sears Credit. Robby has been my best friend ever since, and was the best man at my wedding in 2012. At our house, he is known as "Uncle Rob" to our children.

I am writing this letter as I understand Robby has pleaded guilty to a crime and I would like to give the court a better picture as to the person I have grown to know and love over the last 25 years. When we first met each other we were in training for a Customer Service position and over the years he continued to climb the ranks at the bank and eventually became a Senior Leader that many look up to. About a year and a half ago I was working a new job that I really enjoyed, but was offered a chance to work for Robby. I could not resist the opportunity, as I knew he would be a caring and compassionate leader. Upon meeting my new teammates I quickly found that most every member of his team came to the department just because they wanted to work for Robby. He is somebody that cares and would be a leader that everybody aspired to be.

Robby has always been focused on helping people, his friends, family and coworkers. One of his passions is cooking and has taken great pride in making food and preparing meals for others in need. Robby has been a leader at work, in his community and been a loyal friend. Robby often participated in fundraisers and community activities at work. I trust Robby with my life and truly believe he made a serious mistake that he would never make again.

I respectfully ask the court to consider the positive aspects of Robby and show leniency in the sentencing. I believe that with a fair chance, Robby can be a productive member of society and that his actions will not be repeated. I understand the gravity of the situation, but I ask you to take into account Robby's remorse, potential for rehabilitation, and the positive contributions he can still make to the community.

Thank you for taking the time to read this letter. I hope that you will consider these thoughts during your sentencing deliberations. Please do not hesitate to contact me if you require any further information.

Sincerely,

Brandon Shearer
Friend and Co-Worker to Robert Werner
1826 N. Rosedust Dr.
Kuna, ID 83634
(208)794-4423
sifreeze17@gmail.com

02/25/2025

**The Honorable David L. Bunning**
United States Chief Judge
35 West 5th Street
Covington, KY 41011

**Re: Character Reference for Robert Maxwell Werner**

Dear Judge Bunning,

I am writing to you on behalf of my husband, Robert Maxwell Werner, whom I have had the privilege of knowing since he was eighteen years old. I have been his bunkmate for nearly twenty-eight years, and fortunate enough to be legally married to him since June 25, 2016. I understand the serious nature of the proceedings and humbly ask that you consider this letter as a testament to Robby's character beyond his current circumstances.

Robby grew up very poor in a small rural town in Idaho and as a teenager, the house he lived in was destroyed in a flood. That meager upbringing fueled his desire to help others but also was a contributing factor to his lifelong insecurities. He was the first in his family to earn a college degree in business from George Fox University, all while working full-time. His strong work ethic led to early success. He was the youngest unit manager and Robby must have been good at his job because he was promoted to be a trainer and then an operational manager.  These achievements allowed us to support his mom after she lost her job during the 2004 financial downturn and was diagnosed with cancer. Robby ensured that his younger siblings had what they needed. and regularly traveled the fifty miles to assist his mother.

   I wish I had the ability to give unlimited testimony of the impact Robby has had on others by providing guidance, demonstrating leadership, and inspiring people to be the best versions of themselves. One example that stands out is that the annual Thanksgiving dinner at the Citi site in Boise was in jeopardy due to an ill cook. Robby immediately stepped in,, made stuffing, gravy, and casserole for over 400 employees, and personally helped serve the food to the agents, and thanked everyone for working on Thanksgiving. This combination of work ethic and kindness led him to be deployed for months at Sears Canada and then to Greensboro and Tucson. In 2015, he was asked to be a director role for Citigroup Business Process Solutions (CBPS) in Manila. We were excited to start another chapter in our personal and professional life.

  We arrived overseas to Manila in Jan 2016 and it was amazing. Working overseas and seeing new things was a lifetime dream for us. Robby had a great supervisor who was his mentor. His Filipino coworkers saw his deep compassion for others and how he would often be putting their needs before his own. We were invited to events by his coworkers and he enjoyed making homemade desserts and brisket for his team.  Challenges arose when Rob's mentor left the Philippines and a new supervisor took over operations. The increased pressure and constant criticism took a toll on his mental health. Robby has lived with bipolar disorder for many years and previously sought counseling in the U.S., but access to support was nonexistent in Manila. His struggles deepened—he withdrew, and began self-medicating with alcohol. I witnessed an incident where he took photos of family and friends and threw them into the trash. He was also taken advantage of by people who

did not have his best interests at heart and used him as their personal automatic telling machine. Despite these hardships, he made efforts to regain control, and we befriended a local guy who acted as a translator and guide to the more remote islands. However, Robby decided to ultimately leave Citi due to the rampant inequality. We returned to the U.S. and moved to Sandy, Utah in 2019, and he worked hard to turn things around. He quit drinking, and for a time, things were looking up.

However, everything changed when his Grandpa Max fell ill. Robby immediately stepped in as his primary caregiver, remaining by his bedside for weeks until his passing. His devotion did not end there. he ensured his Grandma Betty was cared for and supported the family through their grief. This loss weighed heavily on him, and unfortunately, in the years that followed, he fell into patterns of self-destruction. I wish that I had followed my gut feeling and told Robby not to return to the Philippines when he was offered a very lucrative job opportunity in 2020.

Due to a travel ban because of Covid 19, we couldn't arrive overseas until mid February 2021, we were quarantined in a hotel room until March 2021. The Philippines had very strict Covid stay at home restrictions and job stress caused Robby's patterns of drinking to resume and I could not watch him self destruct anymore. I told him that I couldn't handle the conditions and I left him in early June 2021. I truly believe that if I stayed by his side, his addiction would not have spiraled out of control and he would never initiate the heinous acts that landed him into your courtroom.

I have witnessed firsthand his struggles with mental health and, more recently, addiction. I have seen him do countless acts of kindness for people. Our friend and guide from the Philippines, Mark Dilla, was diagnosed with kidney failure in 2022, and he's not even 40. Robby has sent monthly wires to his family overseas to cover the costs of dialysis and medications. I have also seen his sincere efforts to seek help, take responsibility for his actions, and make amends. He does not shy away from acknowledging the pain his choices have caused.

Your Honor, I do not seek to diminish the severity of the legal matters before you, but I respectfully ask that you consider Robby's potential for rehabilitation. He is a human being. He has made mistakes and we cannot excuse or condone his poor decisions. However, he is not defined solely by his past mistakes but by his capacity for growth, accountability, and positive change. With the right structure and support, I truly believe he can once again aspire others. He still has so much to contribute positively to the community and to those who care for him.

Thank you for your time and consideration. I appreciate the difficult decisions before you and trust that justice will be served with fairness and compassion. Your reputation for fairly following the law is well known. If you require any further information, I would be more than willing to speak on Robby's behalf.

Sincerely,

Robert Alan Wilson